United States District Court
Southern District of Texas
**ENTERED**
March 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PHUOC VAN NGUYEN, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-00195 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| PAMELA BONDI, *et al*, | § | |
| Respondents. | § | |

### ORDER ON DISMISSAL

Pending is an advisory by the Government stating that Petitioner was removed to Vietnam on March 15, 2026. See Dkt 16. Attached is a sworn declaration from a deportation officer to this same effect. See Dkt 16-1 at ¶4.

The challenged detention having now concluded, no live claims remain in this action.

The petition for writ of *habeas corpus* by Petitioner Phuoc Van Nguyen is DENIED AS MOOT. Dkt 1.

The motion by the Government for summary judgment is DENIED AS MOOT. Dkt 10.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on March 19, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge